# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: GREGOR, ROBERT G § Case No. 13-03762 | |
| MCADAM, NANCY J § | |
| § | |
| Debtor(s) § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 31, 2013. The undersigned trustee was appointed on January 31, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $        75,000.00

| Funds were disbursed in the following amounts: | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 453.03 |
| Bank service fees | 1,007.03 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 73,539.94 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/10/2013 and the deadline for filing governmental claims was 10/10/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,000.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,000.00, for a total compensation of $7,000.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/30/2014     By: /s/NORMAN NEWMAN
                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-03762  
**Case Name:** GREGOR, ROBERT G  
MCADAM, NANCY J  
**Period Ending:** 05/30/14

**Trustee:** (330270) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 01/31/13 (f)  
**§341(a) Meeting Date:** 03/21/13  
**Claims Bar Date:** 10/10/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 6905 W Hobart Ave. Chicago, IL 60631 | 420,000.00 | 0.00 | | 0.00 | FA |
| 2 | Vacation Home 1/4 interest 954 Lake Street South Exemption was waived pursuant to Order entered on June 3, 2013 | 37,500.00 | 30,611.00 | | 75,000.00 | FA |
| 3 | Checking Account at TCF Bank Account ending in 2 | 61.00 | 0.00 | | 0.00 | FA |
| 4 | Used furniture | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Used clothes | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Behringer Harvard Incorrectly classified P.O. Bo | 26,844.00 | 0.00 | | 0.00 | FA |
| 7 | Madison Avenue Securities/Pershing Incorrectly c | 45.00 | 0.00 | | 0.00 | FA |
| 8 | Traditional IRA - Fidelity Management Trust Co. | 87,692.00 | 0.00 | | 0.00 | FA |
| 9 | Traditional IRA Sterling Trust PO Box 2526 Waco, | 16,417.00 | 0.00 | | 0.00 | FA |
| 10 | Madison Avenue Securities/Pershing IRA 15050 Ave | 32,334.00 | 0.00 | | 0.00 | FA |
| 11 | Behringer Harvard IRA 15050 Avenue of Science St | 8,259.00 | 0.00 | | 0.00 | FA |
| 12 | 2008 Kia Sedona 58,000 miles | 6,000.00 | 0.00 | | 0.00 | FA |
| 13 | 2004 Nissan Frontier 110,000 miles | 3,000.00 | 0.00 | | 0.00 | FA |
| 14 | 1999 Nissan Frontier 90,000 miles In very bad co | 300.00 | 0.00 | | 0.00 | FA |
| 14 | **Assets Totals** (Excluding unknown values) | **$638,652.00** | **$30,611.00** | | **$75,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Sold interest in real estate in South Haven, Michigan; Bar date set for 10/13/13.

**Initial Projected Date Of Final Report (TFR):** December 31, 2013 **Current Projected Date Of Final Report (TFR):** April 30, 2014

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-03762  
**Case Name:** GREGOR, ROBERT G  
MCADAM, NANCY J  
**Taxpayer ID #:** **-***2028  
**Period Ending:** 05/30/14

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********27 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/09/13 | {2} | ROBERT GREGORY AND NANCY MCADAM | Sell of real estate | 1110-000 | 75,000.00 | | 75,000.00 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 79.11 | 74,920.89 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 111.38 | 74,809.51 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 107.65 | 74,701.86 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 111.06 | 74,590.80 |
| 11/19/13 | 1001 | ALLEGAN COUNTY TREASURER | Tax Search/Gregor-McAdams | 2990-000 | | 1.00 | 74,589.80 |
| 12/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 107.32 | 74,482.48 |
| 12/13/13 | | ASSOCIATED BANK | TRANSFER TO RABOBANK, N.A. | 9999-000 | | 74,482.48 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 75,000.00 | 75,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 74,482.48 | |
| | | | **Subtotal** | | 75,000.00 | 517.52 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$75,000.00** | **$517.52** | |

{} Asset reference(s)

Printed: 05/30/2014 04:03 PM    V.13.15

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-03762  
**Case Name:** GREGOR, ROBERT G  
MCADAM, NANCY J  
**Taxpayer ID #:** **-***2028  
**Period Ending:** 05/30/14  

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** RABOBANK, N.A.  
**Account:** ******0366 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/13/13 | | RABOBANK, N.A. | TRANSFER FROM ASSOCIATED BANK | 9999-000 | 74,482.48 | | 74,482.48 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.27 | 74,418.21 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 110.60 | 74,307.61 |
| 02/10/14 | 10101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/10/2014 FOR CASE #13-03762, Bond #016026455 | 2300-000 | | 65.03 | 74,242.58 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.72 | 74,142.86 |
| 03/12/14 | 10102 | Illinois Department of Revenue | 2013 IL-1041-V | 2810-000 | | 387.00 | 73,755.86 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 102.91 | 73,652.95 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 113.01 | 73,539.94 |
| | | | ACCOUNT TOTALS | | 74,482.48 | 942.54 | $73,539.94 |
| | | | Less: Bank Transfers | | 74,482.48 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 942.54 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $942.54 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ********27** | 75,000.00 | 517.52 | 0.00 |
| **Checking # ******0366** | 0.00 | 942.54 | 73,539.94 |
| | $75,000.00 | $1,460.06 | $73,539.94 |

{} Asset reference(s)                                                                                    Printed: 05/30/2014 04:03 PM    V.13.15

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 10, 2013

**Case Number:** 13-03762  
**Debtor Name:** GREGOR, ROBERT G

Page: 1

**Date:** May 30, 2014  
**Time:** 04:03:06 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NBN 200 | NORMAN B. NEWMAN, TRUSTEE<br>Much Shelist, P.C.<br>191 N. Wacker Drive, #1800<br>Chicago, IL 60606 | Admin Ch. 7 | | $7,000.00 | $0.00 | 7,000.00 |
| FGMK 200 | FGMK, LLC<br>2801 Lakeside Drive, 3rd Floor<br>Bannockburn, IL 60015 | Admin Ch. 7 | | $2,447.00 | $0.00 | 2,447.00 |
| MS-E 200 | MUCH SHELIST, P.C.<br>191 N. Wacker Drive, Suite 1800<br>Chicago, IL 60606 | Admin Ch. 7 | | $146.90 | $0.00 | 146.90 |
| MS-F 200 | MUCH SHELIST, P.C.<br>191 N. Wacker Drive, Suite 1800<br>Chicago, IL 60606 | Admin Ch. 7 | | $12,819.50 | $0.00 | 12,819.50 |
| 1 610 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $16,003.71 | $0.00 | 16,003.71 |
| 2 610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $8,884.70 | $0.00 | 8,884.70 |
| 3 610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $9,917.30 | $0.00 | 9,917.30 |
| 4 610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $11,587.42 | $0.00 | 11,587.42 |
| 5 610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $11,436.70 | $0.00 | 11,436.70 |
| 6 610 | D & D Kennels<br>2 N 441 County Farm Rd.<br>West Chicago, IL 60185 | Unsecured | | $32,392.50 | $0.00 | 32,392.50 |
| 7 610 | Richard R Thompson<br>D.B.A AAA Boarding<br>1850 W Richton Rd Box 179<br>Steger, IL 60475 | Unsecured | | $21,180.12 | $0.00 | 21,180.12 |
| **<< Totals >>** | | | | 133,815.85 | 0.00 | 133,815.85 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 13-03762
Case Name: GREGOR, ROBERT G
Trustee Name: NORMAN NEWMAN

**Balance on hand:** $ 73,539.94

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 73,539.94

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - NORMAN B. NEWMAN, TRUSTEE | 7,000.00 | 0.00 | 7,000.00 |
| Attorney for Trustee, Fees - MUCH SHELIST, P.C. | 12,819.50 | 0.00 | 12,819.50 |
| Attorney for Trustee, Expenses - MUCH SHELIST, P.C. | 146.90 | 0.00 | 146.90 |
| Accountant for Trustee, Fees - FGMK, LLC | 2,447.00 | 0.00 | 2,447.00 |

Total to be paid for chapter 7 administration expenses: $ 22,413.40
Remaining balance: $ 51,126.54

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 51,126.54

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|---|
|  |  | Remaining balance: | $ | 51,126.54 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 111,402.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 45.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 16,003.71 | 0.00 | 7,344.67 |
| 2 | Discover Bank | 8,884.70 | 0.00 | 4,077.50 |
| 3 | Discover Bank | 9,917.30 | 0.00 | 4,551.40 |
| 4 | Discover Bank | 11,587.42 | 0.00 | 5,317.88 |
| 5 | Discover Bank | 11,436.70 | 0.00 | 5,248.71 |
| 6 | D & D Kennels | 32,392.50 | 0.00 | 14,866.07 |
| 7 | Richard R Thompson | 21,180.12 | 0.00 | 9,720.31 |

|  | Total to be paid for timely general unsecured claims: | $ | 51,126.54 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**