UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| ROBERT GREGOR ) | Case No. 13-03762 |
| NANCY J. McADAM, ) | Hon. Janet A. Baer |
| ) | Hearing Date: Tues., July 8, 2014 |
| Debtors. ) | at 10:00 a.m. |

## NOTICE OF MOTION

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on **Tuesday, July 8, 2014** at **10:00 a.m.**, or as soon thereafter as may be possible, we shall appear before the Honorable Janet A. Baer any other Judge sitting in her stead, in **Courtroom 615**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Application of Trustee for Authority to Pay Final Compensation to Accountants,** and shall move the court for the entry of an order in accordance therewith.

/s/ Norman B. Newman
Norman B. Newman, Trustee for the
estate of Robert Gregor and Nancy McAdam

Norman B. Newman, (ARDC No. 02045427)
**Much Shelist, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile:  312.521.2100

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on June 16, 2014, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individual registered to receive notice.

/s/Norman B. Newman

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| ROBERT GREGOR | ) | Case No. 13-03762 |
| NANCY J. McADAM, | ) | Hon. Janet A. Baer |
| | ) | Hearing Date: Tues., July 8, 2014 |
| Debtors. | ) | at 10:00 a.m. |

**APPLICATION OF TRUSTEE FOR AUTHORITY
TO PAY FINAL COMPENSATION TO ACCOUNTANTS**

Norman B. Newman, Trustee herein (the "Trustee"), moves this Court for authorization to pay FGMK, LLC, ("FGMK") the Trustee's accountants, final compensation under §§330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016.  In support of his motion, the Trustee respectfully states as follows:

1. On January 31, 2013, the Debtors filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code.  The Trustee was subsequently appointed interim trustee, qualified and continues to serve as Trustee in this case.

2. On August 5, 2013, this Court entered an Order authorizing Trustee to employ FGMK as accountants for the Trustee.

3. Based on the time value of the services rendered, FGMK is entitled to receive final compensation in the amount of $2,447.00 for services rendered on behalf of the Trustee.

4. Other than as permitted under Section 504 of the Bankruptcy Code, FGMK has no agreement with any other person or firm with regard to its compensation in this case.

5. At all times relevant hereto, FGMK provided accounting services in the most efficient and cost effective manner.

6. FGMK expended 6.10 hours of services assisting the Trustee in the preparation of final federal and state tax income returns for the period ending December 31, 2013.  A statement

of services is attached hereto as Exhibit "A".  The individuals involved in this matter and the time expended by them are as follows:

| Accountant | Hours Expended | Total |
|---|---|---|
| Norman Kellerman | 3.70 hrs. | $1,739.00 |
| Phillip Levsky | 2.40 hrs. | $708.00 |
|  |  |  |
| **TOTAL:** | **6.10 hrs.** | **$2,447.00** |

7. The services were rendered in connection with and in furtherance of assisting the Trustee in the performance of his duties as delineated by Section 704 of the Bankruptcy Code.

8. The services rendered by FGMK provided a benefit to Trustee and to the creditors of this estate.

**WHEREFORE**, Trustee respectfully prays that this Court enter an Order as follows:

i. Awarding FGMK final Chapter 7 compensation in the amount of $2,447.00.

ii. Awarding such further relief as this Court deems just.

Respectfully Submitted,

/s/ Norman B. Newman
Norman B. Newman, Trustee for the
estate of Robert Gregor and Nancy McAdams

Norman B. Newman, ARDC No. 02045427
MUCH SHELIST, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile:  312.521.2100

4894560_1