# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: GREGOR, ROBERT G | § Case No. 13-03762 |
| MCADAM, NANCY J | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 on 07/08/2014 in Courtroom 615, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  06/16/2014          By:  /s/ Norman B. Newman
                                                                                 Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000
nnewman@muchshelist.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: GREGOR, ROBERT G | § | Case No. 13-03762 |
| MCADAM, NANCY J | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 75,000.00 |
| *and approved disbursements of* | $ 1,460.06 |
| *leaving a balance on hand of* [1] | $ 73,539.94 |
| **Balance on hand:** | $ 73,539.94 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 73,539.94 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - NORMAN B. NEWMAN, TRUSTEE | 7,000.00 | 0.00 | 7,000.00 |
| Attorney for Trustee, Fees - MUCH SHELIST, P.C. | 12,819.50 | 0.00 | 12,819.50 |
| Attorney for Trustee, Expenses - MUCH SHELIST, P.C. | 146.90 | 0.00 | 146.90 |
| Accountant for Trustee, Fees - FGMK, LLC | 2,447.00 | 0.00 | 2,447.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 22,413.40 |
| Remaining balance: | $ 51,126.54 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 51,126.54

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 51,126.54

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 111,402.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 45.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 16,003.71 | 0.00 | 7,344.67 |
| 2 | Discover Bank | 8,884.70 | 0.00 | 4,077.50 |
| 3 | Discover Bank | 9,917.30 | 0.00 | 4,551.40 |
| 4 | Discover Bank | 11,587.42 | 0.00 | 5,317.88 |
| 5 | Discover Bank | 11,436.70 | 0.00 | 5,248.71 |
| 6 | D & D Kennels | 32,392.50 | 0.00 | 14,866.07 |
| 7 | Richard R Thompson | 21,180.12 | 0.00 | 9,720.31 |

Total to be paid for timely general unsecured claims: $ 51,126.54
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $   0.00
Remaining balance:  $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $   0.00
Remaining balance:  $   0.00

Prepared By:  /s/NORMAN NEWMAN
Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000
nnewman@muchshelist.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 13-03762-JSB
Robert G Gregor                                                     Chapter 7
Nancy J McAdam
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: froman              Page 1 of 2            Date Rcvd: Jun 17, 2014
                              Form ID: pdf006           Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2014.
```
db/jdb      +Robert G Gregor,    Nancy J McAdam,    6905 W Hobart Ave.,    Chicago, IL 60631-3156
19986246    +AAA Kennel,   1903 Richton,    Steger, IL 60475-1393
19986247    +Abell Animal Hospital,    6032 N Northwest Hwy.,    Chicago, IL 60631-2518
19986251   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,    Attention: Recovery Department,
              4161 Peidmont Pkwy.,    Greensboro, NC 27410)
19986255    +Blitt and Gaines,   661 W Glenn Ave.,    Wheeling, IL 60090-6017
19986256    +Capital 1 Bank,   Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
19986257    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
19986261    +Chase Na,   Po Box 15298,    Wilmington, DE 19850-5298
19986262    +Citi-bp Oil,   Po Box 6497,    Sioux Falls, SD 57117-6497
19986263    +D & D Kennels,   2 N 441 County Farm Rd.,    West Chicago, IL 60185-1701
19986268    +First Midwest Bank/na,    3800 Rock Creek Blvd.,    Joliet, IL 60431-7939
19986269    +Harris N.a.,   Bmo-Harris Bank/Attention: Legal Service,    111 W. Monroe St,
              Chicago, IL 60603-4096
19986270    +Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
19986271    +Hsbc/bsbuy,   Po Box 5253,    Carol Stream, IL 60197-5253
19986275    +Peoples Gas,   C/O Bankruptcy Department,    130 E. Randolph Drive,    Chicago, IL 60601-6302
21093109    +Richard R Thompson,    D.B.A AAA Boarding,    1850 W Richton Rd Box 179,    Steger, IL 60475-1395
19986276    +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV  P.O.Box 9475,
              Minneapolis, MN 55440-9475
19986278   ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
              ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,    Frederick, MD 21701)
19986277    +Wells Fargo Card Ser,    1 Home Campus,    3rd Floor,    Des Moines, IA 50328-0001
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20716161     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 18 2014 00:23:31
              American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
              Oklahoma City, OK  73124-8866
20723629     E-mail/PDF: mrdiscen@discoverfinancial.com Jun 18 2014 00:22:37     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
19986264    +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 18 2014 00:22:37     Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
19986272    +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 18 2014 00:14:28     Kohls/capone,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
19986273    +E-mail/Text: bankruptcydpt@mcmcg.com Jun 18 2014 00:14:46     Midland Funding,
              8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
19986279    +E-mail/Text: BKRMailOps@weltman.com Jun 18 2014 00:14:52     Weltman, Weinberg & Reis Co.,
              180 N LaSalle Street suite 2400,    Chicago, IL 60601-2704
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Much Shelist, PC
19986274     Nbgl Carsons
19986252*  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,    Attention: Recovery Department,
              4161 Peidmont Pkwy.,    Greensboro, NC 27410)
19986250*  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
19986253*  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998)
19986254*  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998)
19986249*   +Baker and Miller PC,    29 N Wacker Dr # 500,    Chicago, IL 60606-3227
19986258*   +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
19986259*   +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
19986260*   +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
19986265*   +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
19986266*   +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
19986267*   +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
19986248   ##+Baker and Miller PC,    29 N Wacker Dr # 500,    Chicago, IL 60606-3227
                                                                              TOTALS: 2, * 11, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: froman             Page 2 of 2              Date Rcvd: Jun 17, 2014
                              Form ID: pdf006          Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2014                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 16, 2014 at the address(es) listed below:
              Jeffrey L. Gansberg    on behalf of Trustee Norman B Newman jgansberg@muchshelist.com,
               nsulak@muchshelist.com
              Marlene  Siedlarz    on behalf of Debtor Robert G Gregor attorney@kocinskilaw.com,
               msiedlarz1@yahoo.com
              Marlene  Siedlarz    on behalf of Joint Debtor Nancy J McAdam attorney@kocinskilaw.com,
               msiedlarz1@yahoo.com
              Norman B Newman    on behalf of Accountant   FGMK, LLC nnewman@muchshelist.com,
               nsulak@muchshelist.com;IL83@ecfcbis.com
              Norman B Newman    on behalf of Trustee Norman B Newman nnewman@muchshelist.com,
               nsulak@muchshelist.com;IL83@ecfcbis.com
              Norman B Newman    on behalf of Attorney   Much Shelist, P.C. nnewman@muchshelist.com,
               nsulak@muchshelist.com;IL83@ecfcbis.com
              Norman B Newman    nnewman@muchshelist.com,  nsulak@muchshelist.com;IL83@ecfcbis.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 8
```