**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: GREGOR, ROBERT G § Case No. 13-03762
  MCADAM, NANCY J §
  §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

  NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $601,152.00         Assets Exempt: $177,602.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $51,126.54    Claims Discharged
                          Without Payment: $220,194.91

Total Expenses of Administration: $23,873.46

---

  3) Total gross receipts of $ 75,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $75,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $464,526.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 23,873.46 | 23,873.46 | 23,873.46 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 282,494.00 | 111,402.45 | 111,402.45 | 51,126.54 |
| **TOTAL DISBURSEMENTS** | $747,020.00 | $135,275.91 | $135,275.91 | $75,000.00 |

4) This case was originally filed under Chapter 7 on January 31, 2013. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/20/2014          By: /s/NORMAN NEWMAN
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Vacation Home 1/4 interest 954 Lake Street South | 1110-000 | 75,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$75,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | First Midwest Bank/na | 4110-000 | 105,773.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris N.a. Bmo-Harris Bank/Attention: Legal | 4110-000 | 3,550.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Hm Mortgag | 4110-000 | 355,203.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$464,526.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NORMAN B. NEWMAN, TRUSTEE | 2100-000 | N/A | 7,000.00 | 7,000.00 | 7,000.00 |
| FGMK, LLC | 3410-000 | N/A | 2,447.00 | 2,447.00 | 2,447.00 |
| MUCH SHELIST, P.C. | 3120-000 | N/A | 146.90 | 146.90 | 146.90 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Amount | Amount | Amount |
|---|---|---|---|---|---|
| MUCH SHELIST, P.C. | 3110-000 | N/A | 12,819.50 | 12,819.50 | 12,819.50 |
| ASSOCIATED BANK | 2600-000 | N/A | 79.11 | 79.11 | 79.11 |
| ASSOCIATED BANK | 2600-000 | N/A | 111.38 | 111.38 | 111.38 |
| ASSOCIATED BANK | 2600-000 | N/A | 107.65 | 107.65 | 107.65 |
| ASSOCIATED BANK | 2600-000 | N/A | 111.06 | 111.06 | 111.06 |
| ALLEGAN COUNTY TREASURER | 2990-000 | N/A | 1.00 | 1.00 | 1.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 107.32 | 107.32 | 107.32 |
| Rabobank, N.A. | 2600-000 | N/A | 64.27 | 64.27 | 64.27 |
| Rabobank, N.A. | 2600-000 | N/A | 110.60 | 110.60 | 110.60 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 65.03 | 65.03 | 65.03 |
| Rabobank, N.A. | 2600-000 | N/A | 99.72 | 99.72 | 99.72 |
| Illinois Department of Revenue | 2810-000 | N/A | 387.00 | 387.00 | 387.00 |
| Rabobank, N.A. | 2600-000 | N/A | 102.91 | 102.91 | 102.91 |
| Rabobank, N.A. | 2600-000 | N/A | 113.01 | 113.01 | 113.01 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $23,873.46 | $23,873.46 | $23,873.46 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | 16,003.00 | 16,003.71 | 16,003.71 | 7,344.67 |
| 2 | Discover Bank | 7100-000 | 17,768.00 | 8,884.70 | 8,884.70 | 4,077.50 |
| 3 | Discover Bank | 7100-000 | 20,534.00 | 9,917.30 | 9,917.30 | 4,551.40 |
| 4 | Discover Bank | 7100-000 | 23,174.00 | 11,587.42 | 11,587.42 | 5,317.88 |
| 5 | Discover Bank | 7100-000 | 25,096.00 | 11,436.70 | 11,436.70 | 5,248.71 |
| 6 | D & D Kennels | 7100-000 | unknown | 32,392.50 | 32,392.50 | 14,866.07 |
| 7 | Richard R Thompson | 7100-000 | 20,000.00 | 21,180.12 | 21,180.12 | 9,720.31 |
| NOTFILED | Chase | 7100-000 | 6,865.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi-bp Oil | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 16,247.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 13,628.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Na | 7100-000 | 13,324.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Card Ser | 7100-000 | 18,747.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/bsbuy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Peoples Gas C/O Bankruptcy Department | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Nbgl Carsons | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls/capone | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Funding | 7100-000 | 20,185.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 16,596.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 15,437.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 32,890.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital 1 Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Abell Animal Hospital | 7100-000 | 6,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$282,494.00** | **$111,402.45** | **$111,402.45** | **$51,126.54** |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-03762  
**Case Name:** GREGOR, ROBERT G  
              MCADAM, NANCY J  
**Period Ending:** 08/20/14

**Trustee:** (330270) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 01/31/13 (f)  
**§341(a) Meeting Date:** 03/21/13  
**Claims Bar Date:** 10/10/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 6905 W Hobart Ave. Chicago, IL 60631 | 420,000.00 | 0.00 | | 0.00 | FA |
| 2 | Vacation Home 1/4 interest 954 Lake Street South Exemption was waived pursuant to Order entered on June 3, 2013 | 37,500.00 | 30,611.00 | | 75,000.00 | FA |
| 3 | Checking Account at TCF Bank Account ending in 2 | 61.00 | 0.00 | | 0.00 | FA |
| 4 | Used furniture | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Used clothes | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Behringer Harvard Incorrectly classified P.O. Bo | 26,844.00 | 0.00 | | 0.00 | FA |
| 7 | Madison Avenue Securities/Pershing Incorrectly c | 45.00 | 0.00 | | 0.00 | FA |
| 8 | Traditional IRA - Fidelity Management Trust Co. | 87,692.00 | 0.00 | | 0.00 | FA |
| 9 | Traditional IRA Sterling Trust PO Box 2526 Waco, | 16,417.00 | 0.00 | | 0.00 | FA |
| 10 | Madison Avenue Securities/Pershing IRA 15050 Ave | 32,334.00 | 0.00 | | 0.00 | FA |
| 11 | Behringer Harvard IRA 15050 Avenue of Science St | 8,259.00 | 0.00 | | 0.00 | FA |
| 12 | 2008 Kia Sedona 58,000 miles | 6,000.00 | 0.00 | | 0.00 | FA |
| 13 | 2004 Nissan Frontier 110,000 miles | 3,000.00 | 0.00 | | 0.00 | FA |
| 14 | 1999 Nissan Frontier 90,000 miles In very bad co | 300.00 | 0.00 | | 0.00 | FA |
| 14 | Assets   Totals (Excluding unknown values) | **$638,652.00** | **$30,611.00** | | **$75,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Sold interest in real estate in South Haven, Michigan; Bar date set for 10/13/13. Filed final report. Hearing set for July 8, 2014.

**Initial Projected Date Of Final Report (TFR):** December 31, 2013      **Current Projected Date Of Final Report (TFR):** June 16, 2014 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-03762  
**Case Name:** GREGOR, ROBERT G  
MCADAM, NANCY J  
**Taxpayer ID #:** **-***2028  
**Period Ending:** 08/20/14

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********27 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/09/13 | {2} | ROBERT GREGORY AND NANCY MCADAM | Sell of real estate | 1110-000 | 75,000.00 | | 75,000.00 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 79.11 | 74,920.89 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 111.38 | 74,809.51 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 107.65 | 74,701.86 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 111.06 | 74,590.80 |
| 11/19/13 | 1001 | ALLEGAN COUNTY TREASURER | Tax Search/Gregor-McAdams | 2990-000 | | 1.00 | 74,589.80 |
| 12/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 107.32 | 74,482.48 |
| 12/13/13 | | ASSOCIATED BANK | TRANSFER TO RABOBANK, N.A. | 9999-000 | | 74,482.48 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 75,000.00 | 75,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 74,482.48 | |
| | | | **Subtotal** | | 75,000.00 | 517.52 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$75,000.00** | **$517.52** | |

{} Asset reference(s)

Printed: 08/20/2014 11:06 AM V.13.18

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-03762  
**Case Name:** GREGOR, ROBERT G  
MCADAM, NANCY J  
**Taxpayer ID #:** **-***2028  
**Period Ending:** 08/20/14

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** RABOBANK, N.A.  
**Account:** ******0366 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/13/13 | | RABOBANK, N.A. | TRANSFER FROM ASSOCIATED BANK | 9999-000 | 74,482.48 | | 74,482.48 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.27 | 74,418.21 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 110.60 | 74,307.61 |
| 02/10/14 | 10101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/10/2014 FOR CASE #13-03762, Bond #016026455 | 2300-000 | | 65.03 | 74,242.58 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.72 | 74,142.86 |
| 03/12/14 | 10102 | Illinois Department of Revenue | 2013 IL-1041-V | 2810-000 | | 387.00 | 73,755.86 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 102.91 | 73,652.95 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 113.01 | 73,539.94 |
| 07/09/14 | 10103 | NORMAN B. NEWMAN, TRUSTEE | Dividend paid 100.00% on $7,000.00, Trustee Compensation; Reference: | 2100-000 | | 7,000.00 | 66,539.94 |
| 07/09/14 | 10104 | FGMK, LLC | Dividend paid 100.00% on $2,447.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,447.00 | 64,092.94 |
| 07/09/14 | 10105 | MUCH SHELIST, P.C. | Dividend paid 100.00% on $146.90, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 146.90 | 63,946.04 |
| 07/09/14 | 10106 | MUCH SHELIST, P.C. | Dividend paid 100.00% on $12,819.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 12,819.50 | 51,126.54 |
| 07/09/14 | 10107 | American InfoSource LP as agent for | Final Distribution Pursuant to Court Order entered on 7/8/14. | 7100-000 | | 7,344.67 | 43,781.87 |
| 07/09/14 | 10108 | Discover Bank | Final Distribution Pursuant to Court Order entered on 7/8/14. | 7100-000 | | 4,077.50 | 39,704.37 |
| 07/09/14 | 10109 | Discover Bank | Final Distribution Pursuant to Court Order entered on 7/8/14. | 7100-000 | | 4,551.40 | 35,152.97 |
| 07/09/14 | 10110 | Discover Bank | Final Distribution Pursuant to Court Order entered on 7/8/14. | 7100-000 | | 5,317.88 | 29,835.09 |
| 07/09/14 | 10111 | Discover Bank | Final Distribution Pursuant to Court Order entered on 7/8/14. | 7100-000 | | 5,248.71 | 24,586.38 |
| 07/09/14 | 10112 | D & D Kennels | Final Distribution Pursuant to Court Order entered on 7/8/14. | 7100-000 | | 14,866.07 | 9,720.31 |
| 07/09/14 | 10113 | Richard R Thompson | Final Distribution Pursuant to Court Order entered on 7/8/14. | 7100-000 | | 9,720.31 | 0.00 |

Subtotals :          $74,482.48          $74,482.48

{} Asset reference(s)

Printed: 08/20/2014 11:06 AM    V.13.18

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 13-03762  
**Case Name:** GREGOR, ROBERT G  
MCADAM, NANCY J  
**Taxpayer ID #:** **-***2028  
**Period Ending:** 08/20/14  

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** RABOBANK, N.A.  
**Account:** ******0366 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 74,482.48 | 74,482.48 | $0.00 |
| | | | Less: Bank Transfers | | 74,482.48 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 74,482.48 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$74,482.48** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ********27** | 75,000.00 | 517.52 | 0.00 |
| **Checking # ******0366** | 0.00 | 74,482.48 | 0.00 |
| | **$75,000.00** | **$75,000.00** | **$0.00** |

{} Asset reference(s)

Printed: 08/20/2014 11:06 AM    V.13.18